# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 11, 2018

## NO. 03-18-00024-CV

**Stephens Carpet Binding and Custom Rugs and
Mark A. Stephens, Appellants**

**v.**

**Joseph K. Percifull, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE PURYEAR**

This is an appeal from the final judgment signed by the trial court on October 18, 2017. Stephens Carpet Binding and Custom Rugs and Mark A. Stephens have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.